# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRAHAM GULF, INC., | § | CASE NO. 15-03065-HAC |
| | § | |
| DEBTOR. | § | |
| | § | |
| LYNN HARWELL ANDREWS, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | ADV. CASE NO. 17-00077 |
| vs. | § | |
| BLAKELEY BOATWORKS, INC., | § | |
| Defendant. | § | |

## NOTICE OF FILING

COMES NOW **BLAKELEY BOATWORKS, INC.**, Defendant in the above-styled matter, pursuant to the Court's Scheduling Order, and gives notice of serving Defendant's Expert Disclosures upon all parties.

Respectfully submitted,

*s/Scott D. Stevens*
M. WARREN BUTLER (BUTLM3190)
SCOTT D. STEVENS (STEVS0320)
WEATHERS P. BOLT (BOLTW7689)
STARNES DAVIS FLORIE LLP
RSA Battle House Tower, Suite 20290
P.O. Box 1548
Mobile, AL   36633-1548
(251)  405-5065 - Phone
(251)  433-5901 –  Fax
wbutler@starneslaw.com

sstevens@starneslaw.com
wbolt@starneslaw.com
Attorneys for BLAKELEY BOATWORKS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by CM/ECF and/or by mailing the same via United States Mail, properly addressed and first-class postage pre-paid, as follows:

Stewart F. Peck
Benjamin W. Kadden
Meredith S. Grabill
James Thurman
LUGENBUHL, WHEATON,
PECK, RANKIN & HUBBARD
601 Poydras St., Suite 2775
New Orleans, LA 70130
speck@lawla.com
bkadden@lawla.com
mgrabill@lawla.com
jthurman@lawla.com

                                              /s/ Scott D. Stevens
                                              SCOTT D. STEVENS